UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA HOOVER,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                Defendant. | CASE NO. C18-5711-MAT<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) However, plaintiff indicates her spouse earns $60,000.00 a year in salary and a total of $12,000.00 in checking and savings accounts. Because it appears plaintiff has funds available to pay the filing fee, the motion to proceed IFP (Dkt. 1) is DENIED. This action will proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of this Order. If no filing fee is paid within thirty days, the Clerk should close the file.

DATED this 5th day of September, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING IFP
PAGE - 1